CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

G. EMMETT RAITT, JR. (SBN: 067214)
geraitt@raittlaw.com
THE RAITT LAW FIRM
4199 Campus Drive, Suite 550
Irvine, CA 92612-4694
Telephone: (949) 854-8380
Facsimile: (949) 861-9468
Attorney for Defendants
Auto Sound, Inc. and Richard Bukowski

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD BUKOWSKI, in his individual and representative capacity as trustee of the Bukowski Family Trust;<br>CARRIE BUKOWSKI, in her individual and representative capacity as trustee of the Bukowski Family Trust;<br>AUTO SOUND, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 8:17-CV-00067-JLS-JCG<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

　　All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court

1  schedule a Status Conference/OSC Hearing approximately 60 days out at which the
2  Parties, by and through their attorneys of record shall show cause why this case has not
3  been dismissed.

4

5  Dated: April 9, 2017        CENTER FOR DISABILITY ACCESS

6
                               By: __/s/ Phyl Grace_____
7                                    Phyl Grace

8

9  Dated: April 9, 2017        THE RAITT LAW FIRM

10
                               By: __/s/ G. Emmett Raitt, Jr.__
11                                   G. Emmett Raitt, Jr.
                                     Attorney for Defendants
12                                   Auto Sound, Inc. and Richard Bukowski

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to G. Emmett Raitt, Jr., counsel for Auto Sound, Inc. and Richard Bukowski , and that I have obtained Mr. Raitt's authorization to affix her electronic signature to this document.

Dated: April 9, 2017         CENTER FOR DISABILITY ACCESS

                             By:   /s/ Phyl Grace
                                   Phyl Grace
                                   Attorney for Plaintiff