CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

G. EMMETT RAITT, JR. (SBN: 067214)
geraitt@raittlaw.com
THE RAITT LAW FIRM
4199 Campus Drive, Suite 550
Irvine, CA 92612-4694
Telephone: (949) 854-8380
Facsimile: (949) 861-9468
Attorney for Defendants Auto Sound, Inc., and Richard Bukowski

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br><br>  Plaintiff,<br><br>v.<br><br>RICHARD BUKOWSKI, in his individual and representative capacity as trustee of the Bukowski Family Trust;<br>CARRIE BUKOWSKI, in her individual and representative capacity as trustee of the Bukowski Family Trust;<br>AUTO SOUND, INC., a California Corporation; and Does 1-10,<br><br>  Defendants. | Case: 8:17-CV-00067-JLS-JCG<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 25, 2017       CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated: April 25, 2017       THE RAITT LAW FIRM

By: ___/s/ G. Emmett Raitt, Jr.___
    G. Emmett Raitt, Jr.
    Attorney for Defendants
    Auto Sound, Inc. and Richard Bukowski

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to G. Emmett Raitt, Jr., counsel for Auto Sound, Inc. and Richard Bukowski, and that I have obtained Mr. Raitt's authorization to affix his electronic signature to this document.

Dated: April 25, 2017            CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

3

Joint Stipulation for Dismissal                    Case: 8:17-CV-00067-JLS-JCG